**FILED**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FEB - 4 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No.   1:20CR00024SNLJ/ACL |
| vs. | ) ) | |
| JEREMY L. BRADLEY, | ) ) | Title 18 U.S.C. § 922(g)(1); Title 21 U.S.C. § 841(a)(1); and Title 18 U.S.C. § 924(c)(1)(A) |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about November 14, 2019, in Mississippi County, within the Southeastern Division of the Eastern District of Missouri, JEREMY L. BRADLEY, the defendant herein, knowingly possessed in and affecting interstate commerce, a firearm, knowing he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 14, 2019, in Mississippi County, within the Southeastern Division of the Eastern District of Missouri, JEREMY L. BRADLEY, the defendant herein, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

## COUNT III

THE GRAND JURY FURTHER CHARGES THAT:

On or about November 14, 2019, in Mississippi County, within the Southeastern Division of the Eastern District of Missouri, JEREMY L. BRADLEY, the defendant herein, in furtherance of a drug trafficking crime, for which he may be prosecuted in a Court of the United States, to-wit: Possession of Methamphetamine with Intent to Distribute, knowingly possessed a firearm in furtherance thereof, to-wit: a Jimenez .380 caliber semi-automatic pistol, bearing serial number 438411, in violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
UNITED STATES ATTORNEY

_____
JULIE A. HUNTER, #51612 MO
ASSISTANT UNITED STATES ATTORNEY